1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org

6  Attorneys for Mr. Enriquez-Gallegos

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           )   Case No. 08mj1361
                                         )
12 |           Plaintiff,                )
                                         )
13 | v.                                  )
                                         )   **NOTICE OF APPEARANCE**
14 | **MIGUEL ERIC ENRIQUEZ-GALLEGOS,**  )
                                         )
15 |           Defendant.                )
                                         )

           Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                        Respectfully submitted,

Dated: May 8, 2008                       s/ *Michelle Betancourt*
                                        **MICHELLE BETANCOURT**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        michelle_betancourt@fd.org

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Enriquez-Gallegos

7

8                       UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   Case No. 08mj1361
                                      )
12        Plaintiff,             )
                                      )
13 v.                                )   PROOF OF SERVICE
                                      )
14 **MIGUEL ERIC GALLEGOS**,         )
                                      )
15        Defendant.           )
                                      )
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20       United States Attorney's Office
      efile.dkt.gc1@usdoj.gov
21

22 Dated: May 8, 2008                         *s/ Michelle Betancou rt*
                                                 MICHELLE BETANCOURT
23                                                  Federal Defenders
                                                 225 Broadway, Suite 900
24                                                  San Diego, CA 92101-5030
                                                 (619) 234-8467 (tel)
25                                                  (619) 687-2666 (fax)
                                                 e-mail: michelle_betancourt@fd.org
26

27

28