FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1768-JLS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| ERIC MIGUEL GALLEGOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about April 30, 2008, within the Southern District of California, defendant ERIC MIGUEL GALLEGOS, did knowingly and intentionally import approximately 45.27 kilograms (99.59 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 3, 2008.

KAREN P. HEWITT
United States Attorney

_(signature)_

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
5/16/08